FILED

2006 SEP -8  PM 3: 06

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT

| | |
|---|---|
| STOVER JENKINS,<br><br>          Plaintiff,<br><br>      v.<br><br>JENNIFER LUCE and LUCE ET STUDIO ARCHITECTS, INC., a California Corporation,<br><br>      Defendants. | Case No.  05 CV 1536 W (WMc)<br><br>[_____], ORDER DISMISSING PLAINTIFF'S CASE WITH PREJUDICE<br><br>Judge:   Hon. Thomas J. Whelan |

WHEREAS, on June 13, 2006, Plaintiff filed a Motion for Voluntary Dismissal without Prejudice under Federal Rule of Civil Procedure 41(a)(2).

WHEREAS, on June 29, 2006, this Court granted Plaintiff's motion to dismiss and set July 31, 2006, as the date to re-file or else face dismissal with prejudice.

WHEREAS, Plaintiff has not filed a Second Amended Complaint.

IT IS, THEREFORE, the ORDER of this Court that Plaintiff's First Amended Complaint be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____9/8/06_____

_____
Hon. Thomas J. Whelan
United States District Court
Southern District of California

Baker & McKenzie LLP
101 West Broadway,
Twelfth Floor
San Diego, CA 92101
+1 619 236 1441

SDODMS1/666320.1

1